[No. 65325-3-I.   Division One.   March 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. T.E.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-00077-3, Michael J. Trickey, J., entered March 12, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Grosse and Becker, JJ.

[No. 65727-5-I.   Division One.   March 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. F.D.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-04249-9, Christopher A. Washington, J., entered July 2, 2010. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 66072-1-I.   Division One.   March 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN MICHAEL OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-42805-1, Jean A. Rietschel, J., entered August 31, 2010. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 38243-1-II.   Division Two.   March 29, 2011.]

*In the Matter of the Estate of* DOROTHY P. METTLE.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-4-01245-1, Thomas P. Larkin, J., entered August 1, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.